UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HEATHER ARRANTS, | CASE NO. C15-1703JLR |
| Plaintiff, | ORDER |
| v. | |
| HONEYWELL INTERNATIONAL, INC, | |
| Defendant. | |

The court has reviewed and granted Plaintiff Heather Arrants's unopposed petition for approval of minor settlements. (*See* Mot. (Dkt. # 20); 5/16/17 Order (Dkt. # 22).) In its review of the related documents, however, the court identified multiple redaction failures in the settlement guardian ad litem's report. (*See generally* Rep. (Dkt. # 19).) Specifically, in "all documents filed with the court or used as exhibits in any hearing or at trial," Local Civil Rule 5.2(a) requires parties to (1) redact dates of birth to the year of birth and (2) redact the names of minor children to their initials. Local Rules W.D.

ORDER - 1

Wash. LCR 5.2(a)(1)-(2). Accordingly, the court DIRECTS the Clerk to seal the guardian ad litem's report (Dkt. # 19) and ORDERS the parties and the guardian ad litem to prepare a redacted version of the report that comports with Local Civil Rule 5.2. The parties must file the redacted version of the report no later than Friday, May 19, 2017.

Dated this 16th day of May, 2017.

JAMES L. ROBART
United States District Judge

ORDER - 2